1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   A.V.,                                    ) Case No.: 1:15-cv-00246 - --- - JLT
                                              )
12                    Plaintiff,              ) ORDER GRANTING PLAINTIFF'S MOTION TO
                                              ) PROCEED IN FORMA PAUPERIS
13          v.                                )
                                              ) ORDER TO PLAINTIFF TO SHOW CAUSE
14   PANAMA-BUENA VISTA UNION SCHOOL          ) WHY THE ACTION SHOULD NOT BE
     DISTRICT,                                ) DISMISSED
15                                            )
                      Defendant.              )
16   _____)

17          Plaintiff A.V. initiated this action by filing a complaint and motion to proceed *in forma*

18   *pauperis*. (Docs. 1-2.) The Court may authorize the commencement of an action without prepayment

19   of fees "but a person who submits an affidavit that includes a statement of all assets such person . . .

20   possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. §

21   1915(a).  The Court has reviewed the motion and finds Plaintiff satisfies the requirements of 28 U.S.C.

22   § 1915(a).

23          Importantly, however, Plaintiff is a child.  The capacity of a litigant is determined by "the law

24   of the state where the court is located." Fed. R. Civ. P. 17(b).  Under California law, a child "shall

25   appear either by a guardian or conservator of the estate or by a guardian ad litem appointed by the

26   court in which the action or proceeding is pending, or by the judge in each case."  Cal. Code of Civ. P.

27   § 372.  Consequently, a child cannot maintain an action on his own, but may appear as a litigant if

28   represented by a guardian ad litem. Fed. R. Civ. P. 17(c).  The Local Rules instruct:

                                                    1

1
2
3

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor…shall present (1) appropriate evidence of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court.

4   Local Rule 202(a).  Here, although Concepcion Varela is identified as Plaintiff's guardian ad litem in

5   the caption of the complaint, it is unclear whether she was previously appointed as his guardian ad

6   litem.  Further, no motion has been filed with the court for the appointment of a guardian.  Thus, it

7   appears Plaintiff lacks the capacity to prosecute this action.

8   　　　　Based upon for the foregoing, IT IS HEREBY ORDERED:

9   　　　　1.　　　Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**; and

10   　　　　2.　　　Plaintiff **SHALL** show cause within twenty-one days why the action should not be

11   　　　　　　　　dismissed for a lack of capacity to sue or, in the alternative, to file a petition for the

12   　　　　　　　　appointment of a guardian ad litem.

13

14   IT IS SO ORDERED.

15   　Dated:　__February 24, 2015__　　　　　　___/s/ Jennifer L. Thurston__

16   　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28