# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., <br><br> Plaintiff, <br><br> v. <br><br> PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 1:15-CV-00246 --- JLT <br><br> ORDER REFERRING THE MATTER TO VDRP <br><br> (Doc. 9) |

The parties have stipulated to have the matter referred to the Court's Voluntary Dispute Resolution Program. (Doc. 9) They agree that attempting to resolve this matter through mediation serves the interests of all. Id. at 2. Therefore, the Court **ORDERS**:

1.  The stipulation requesting the Court refer the matter to the VDRP is **GRANTED** as follows:

    a. The matter is **REFERRED** to the VDRP for mediation and the matter is **STAYED** pending completion of the VDRP's process;

    b. The Parties will dismiss all pending Office of Administrative Hearings actions, without prejudice;

    c. The Notice of General Appearance filed by the District on September 2, 2015 will suffice as a means for the District to appear and participate in VDRP and will not waive any of the District's defenses to the pleadings in this action; and,

1

1          d.      Plaintiff will not serve the First Amended Complaint unless and until
2 mediation is unsuccessful and should that be the case, counsel for the District will accept service
3 by e-mail as if it received personal service.

IT IS SO ORDERED.

    Dated: __September 9, 2015__            **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE