Nicole Hodge Amey (SBN 215157)
LAW OFFICE OF NICOLE HODGE AMEY
8033 MacArthur Boulevard, Suite 5100
P.O. Box 5100
Oakland, California 94605
Telephone: (510) 569-3666
Email: hodgelaw@gmail.com

Attorneys for,
STUDENT AV by and through his parent

Kimberly A. Smith, SBN 176659
ksmith@f3law.com
Jennifer R. Rowe Gonzalez, SBN 226914
jrowegonzalez@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
7108 N. Fresno Street, Suite 270
Fresno, CA 93720
Phone: (559) 860-4700
Fax: (559) 860-4799

Attorneys for Defendant Panama-Buena Vista
Union School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A.V., a minor, by parent and Guardian ad Litem CONCEPCION VARELA,<br><br>Plaintiff,<br><br>vs.<br><br>PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, DOES 1-20,<br><br>Defendants. | CASE NO. 1:15-cv-00246-MCE-JLT<br><br>**ORDER RE: THE PARTIES' REQUEST TO SEAL ADMINISTRATIVE RECORD**<br><br>Hon. Morrison C. England, Jr.<br><br>Trial Date:        None Set |

Related Case: 1:15-cv-01375-MCE-JLT

On or about September 21, 2016, the Parties to this matter filed the expedited and non-expedited administrative record from California Office of Administrative Hearings ("OAH") Special Education Case No. 2014100290 ("Administrative Record"). The Parties jointly and concurrently requested that

the Court to permit the full Administrative Record to be filed under seal. Having considering the Parties' request and declaration, the Court finds the following:

1. The Administrative Record is more than "tangentially related" to the merits of the instant case. Therefore, the parties must have a "compelling reason" that the Administrative Record may be filed under seal to overcome the public's interest in public court records. <u>Ctr. For Auto Safety v. Chrysler Grp., LLC,</u> 809 F.3d, 1092, 1101.

2. Compelling reasons exist to seal full administrative record. Defendant A.V., a minor and special education student, has a compelling privacy interest in his personally identifiable information and student records, which are protected from disclosure by Individuals with Disabilities with Education Act ("IDEA"), the Family Educational Rights and Privacy Act ("FERPA"), and California law. See, 34 C.F.R., §§ 99.3, 99.31; 300.610, et seq.; Cal. Ed. Code, §§ 49076, 56515.

3. As compelling reasons exist, the Court must fashion an order balancing the compelling interests of the public to judicial records and those of student A.V..

4. The Court finds that the redaction of confidential information is insufficient to prevent the significant risk that Defendant A.V.'s identity and confidential information may be disclosed, due to the volume of the Administrative Record. Accordingly, the Court orders that the full Administrative Record be filed under seal.

5. Accordingly, the Parties motion to seal is GRANTED, and the full Administrative Record shall be filed under seal.

IT IS SO ORDERED.

Dated: September 23, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE