## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., <br><br> Plaintiff, <br><br> v. <br><br> PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 1:15-CV-00246 MCE JLT <br><br> ORDER AFTER INFORMAL TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE |

At the request of counsel, on December 19, 2016, the Court held an informal telephonic conference related to a discovery dispute brewing between the parties. At the conference, counsel agreed:

1. No later than January 6, 2017, the defendant **SHALL** provide substantive responses to the requests for admission and the requests for production of documents. In particular, the defendant SHALL produce documents related to any referral it made for special education assessments of the child, the access logs, the communication logs and any documents demonstrating mailing of the assessment to the parent;

2. No later than December 20, 2016, counsel for the child **SHALL** notify defense counsel whether the parent will sign the release for LMFT Felix Cruz or whether she will abandon

1

the child's claim that the child suffered a decline in his mental or emotional health as a result of the defendant's actions.

IT IS SO ORDERED.

Dated: **December 19, 2016**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE