Jennifer R. Rowe Gonzalez, SBN 226914
jrowegonzalez@f3law.com
David R. Mishook, SBN 273555
dmishook@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
7108 N. Fresno Street, Suite 270
Fresno, CA 93720
Phone: (559) 860-4700
Fax: (559) 860-4799

Attorneys for Defendant Panama-Buena Vista
Union School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| A.V., a minor, by parent and Guardian ad Litem CONCEPCION VARELA,<br><br>Plaintiff,<br><br>vs.<br><br>PANAMA-BUENA VISTA UNION SCHOOL DISTRICT, DOES 1-20,<br><br>Defendants.<br><br>Related Case: 1:15-cv-01375-MCE-JLT | CASE NO. 1:15-cv-00246-MCE-JLT<br><br>**ORDER**<br><br>*Filed Concurrently With:*<br>(1) *Ex Parte* Motion<br>(2) Declaration of David R. Mishook<br><br>Hon. Morrison C. England, Jr.<br><br>Trial Date:          None Set |

The Court, having reviewed Defendant Panama-Buena Vista Union School District's *ex parte* request to continue and all related filings, and good cause appearing:

IT IS HEREBY ORDERED that the current set dates for fact discovery completion and expert disclosures and that all dates related to the District's anticipated partial motion for summary judgment (non-IDEA) (*see* ECF No. 84) are vacated pending rulings by this Court on the District's motion to strike and/or dismiss Plaintiff's second amended complaint (ECF No. 94) and the Parties' cross-motions for summary judgment in their appeals under the Individuals with Disabilities Education Act, 20 U.S.C. § 1410 *et seq.* (ECF Nos. 115, 116).

///

1  The parties are directed to file a Joint Status Report not later than 30 days following the
2  last ruling on the above enumerated motions which proposes new deadlines for adjudication of the
3  non-IDEA portions of this matter

4  **IT IS SO ORDERED.**

5  Dated:  January 18, 2017

_[signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Fagen Friedman & Fulfrost, LLP
7108 N. Fresno St. Suite 270
Fresno, California 93720
Main:  559-860-4700  •  Fax: 559-860-4799