UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.V., a minor, by parent and Guardian ad Litem, CONCEPCION VARELA,<br><br>Plaintiff,<br><br>v.<br><br>PANAMA BUENA VISTA UNION SCHOOL DISTRICT, et al.,<br><br>Defendant. | No. 1:15-cv-00246-MCE-JLT<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

Based on the stipulation for dismissal of Plaintiff A.V., by and through his Guardian ad Litem CONCEPCION VARELA and Defendant PANAMA BUENA VISTA UNION SCHOOL DISTRICT, given the Court's May 17, 2018 approval of the Petition to Approve Compromise of Minor's Claim, and good cause appearing therefor, the Court hereby orders that the above-captioned action be dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: June 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1